No. 65. LATVIAN STATE CARGO & PASSENGER STEAMSHIP LINE *v.* MCGRATH, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Horace S. Whitman* and *Charles Recht* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baynton, George B. Searls* and *Joseph Laufer* for respondent.

No. 66. NORTH ARLINGTON NATIONAL BANK *v.* KEARNY FEDERAL SAVINGS & LOAN ASSN. C. A. 3d Cir. Certiorari denied. *Fred Herrigel, Jr.* for petitioner. *Frank G. Masini* for respondent. Briefs of *amici curiae* supporting the petition were filed by *Theodore D. Parsons,* Attorney General, and *Oliver T. Somerville,* Deputy Attorney General, for the State of New Jersey; *Fred N. Oliver, Willard P. Scott* and *Michael F. McCarthy* for the National Association of Mutual Savings Banks; and *Charles Danzig* for the New Jersey Bankers' Association.

No. 67. OLDLAND ET AL. *v.* PHILLIPS PETROLEUM Co.; and No. 107. PHILLIPS PETROLEUM Co. *v.* OLDLAND ET AL. C. A. 10th Cir. Certiorari denied. *Frank Delaney* and *L. H. Larwill* for Oldland et al. *Rayburn L. Foster, Harry D. Turner* and *George L. Sneed* for the Phillips Petroleum Co.

No. 68. UNITED STATES *v.* SIMS. C. A. 3d Cir. Certiorari denied. *Solicitor General Perlman* for the United States. *Abraham E. Freedman* for respondent.

No. 69. MURRAY *v.* UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied. *Maurine L. Jones* for peti-